# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------ x
SAMSUNG ELECTRONICS CO., LTD., et al.,  :
:
              Plaintiffs, :
:
      v. :      Civil Action No. 11-573 LPS
:
APPLE INC., :
:
              Defendant. :
:
------------------------------------------------------------------ x

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties and subject to the approval of the Court, that pursuant to Federal Rules of Civil Procedure 41(a), all claims in this action are hereby dismissed with prejudice, to the extent such are still pending, and all parties shall bear their own attorneys' fees and costs.
.

Dated: June 27, 2018

| | |
|---|---|
|    */s/ John W. Shaw* |    */s/ Richard K. Herrmann* |
| John W. Shaw (#3362) | Richard K. Herrmann (#405) |
| SHAW KELLER LLP | Mary B. Matterer (#2696) |
| I.M. Pei Building | MORRIS JAMES LLP |
| 1105 North Market Street, 12th Floor | 500 Delaware Avenue, Suite 1500 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 298-0700 | (302) 888-6800 |
| jshaw@shawkeller.com | rherrmann@morrisjames.com |
| | |
| *Attorney for Plaintiffs* | *Attorneys for Defendant* |

      **SO ORDERED** this _____ day of _____, 2018.

_____
**Leonard P. Stark, United States District Judge**